**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9
10   RICHARD JENNINGS,                    No. C 08-5518 MHP
11              Plaintiff(s),             **SUA SPONTE ORDER OF REFERRAL**
12      v.
13   DEPARTMENT OF JUSTICE et al,
14              Defendant(s).
                                        /
15
16            This action appears to be one of several cases previously filed in the Northern District
17   of California. .  The earliest-filed action was *Jennings v. Government of the United States of*
18   *America*, Case No. C 05-1690 WHA.  Pursuant to Civil Local Rule 3-12(c), the Court refers this
19   matter to Judge William H. Alsup for the purpose of determining whether it is related as defined in
20   Civil Local Rule 3-12(a).
21
22   Dated: 12/10/2008                    _____
23                                        MARILYN HALL PATEL
                                          United States District Court Judge
24
25
26
27
28